IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>$237,632.29 IN FUNDS SEIZED FROM BANK OF AMERICA ACCT #XXXXX52266; $60,435.64 IN FUNDS SEIZED FROM JPMORGAN CHASE ACCT #XXXX26654,<br><br>  Defendants.<br>_____ / | No. C 12-04416 WHA<br><br>**ORDER REQUIRING SUPPLEMENTAL BRIEFING** |

On the assumption (not yet decided) that the government will be held to a motion under FRCP 41(a)(2), both sides should file a supplemental brief with an appropriate declaration explaining why the dismissal should or should not be without prejudice. The government should also respond to claimant's request for attorney's fees. The supplemental briefs are due by **NOON** on **NOVEMBER 7**.

**IT IS SO ORDERED.**

Dated: October 31, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE